RICHARD LEE
Defendant Pro Se
P.O. Box 15824
Honolulu, HI 96830
Tel: 808-291-2442
Email: judgericklee@aol.com

FILED
U.S. BANKRUPTCY COURT
DISTRICT OF HAWAII
2017 FEB -6 P 2:17

**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF HAWAII**

| | |
|---|---|
| In re<br><br>YOUNG HUI KIM<br><br>Debtor. | Case No. 14-01353<br>(Chapter 7) |
| DIANE S. FIELD, Bankruptcy Trustee For the Estate of Young Hui Kim,<br><br>Plaintiff.<br><br>v.<br><br>RICHARD LEE, JOHN DOES 1-50; JANE DOIES 1-50; DOE CORPORATIONS 1-50; DOE PARTNERSHIPS 1-50; AND DOE ENTITIES 1-50<br><br>Defendants. | Adversary Proceeding No. 16-90039<br>ANSWER TO<br>**COMPLAINT FOR TURNOVER AND OTHER RELIEF** |

## ANSWER

Comes now Richard Lee, Defendant Pro Se, and hereby Answers the above captioned Complaint regarding the claims of Young Hui Kim, Debtor, by and through her Bankruptcy Trustee, Dane S. Field, Plaintiff.

With respect to paragraphs 1-17, Defendant Lee answers as follows:

Defendant admits #'s 2,9, and 10.

Defendant denies #'s 11, 12, 13, 16, and 17.

Defendant is without sufficient information to determine the truth of #'s 1, 3, 4, 5, 6, 7, 8, 14, and 15.

Defendant Lee answers the allegations in Counts I-IV as follows:

Count I. Turnover of Property of the Estate. Defendant Lee is not in control of any of Debtors Young Hui Kim's monies. Young Hui Kim owed Defendant Richard Lee the sum of $15,000 for services rendered in her business matters, including but not limited to (1) her real property given her on North Shore, (2) advice, research, meetings, and consulting regarding building renovations and improvements in Unit 116 in the Century Center within guidelines set forth by the Board of Directors of Century Center, (3) helping, planning and soliciting proxies to get Debtor Young Hui Kim elected to the Board of Directors of the Century Center Condominium, and (4) consulting services for Debtor Young Hui Kim's residential and rental property in Kaneohe, Hawaii.



U.S. Bankruptcy Court - Hawaii #16-90039 Dkt # 9 Filed 02/06/17 Page 2 of 4

The alleged $10,000 sum was paid to Defendant Richard Lee as payment for services performed for Debtor. No money is due Debtor Young Hui Kim by Defendant Richard Lee.

Count II. Fraud and Defalcation. Based on Defendant's position in Count I above, there was no fraud or Defalcation. No monies of Debtor Young Hui Kim was converted by Defendant Richard Lee.

Count III. Unjust Enrichment. Defendant incorporates by reference and hereby re answers the defenses contained in Counts I and II above. By reason of the foregoing Defendant was not unjustly enriched.

Count IV. Monies Had And Received. Defendant incorporates by reference and hereby re answers the defenses contained in Counts I, II and III above. By reason of the foregoing Defendant does not have nor did he receive any money belonging to the Debtors Bankruptcy Estate.

WHEREFORE, the Defendant prays that the Court:

A. Dismiss all charges of the Debtor and Plaintiff contained in this Complaint; and

B. Award Defendant Attorneys' fees and costs; and

C. Award Defendant all other and further relief to which he may be entitled which may be appropriate in the circumstances.



U.S. Bankruptcy Court - Hawaii #16-90039 Dkt # 9 Filed 02/06/17 Page 3 of 4

DATED: Honolulu, Hawaii, February 5, 2017.

/s/ Richard Lee

Richard Lee, Defendant Pro Se



U.S. Bankruptcy Court - Hawaii #16-90039 Dkt # 9 Filed 02/06/17 Page 4 of 4